**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00081-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: April 17, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| ERIC HOFFMAN, *et al.,* | W. Randolph Barnhart |
| **Plaintiffs,** | |
| v. | |
| FORD MOTOR COMPANY, | Chad D. Williams |
| a Delaware corporation, *et al.*, | Heather R. Hanneman |
| | Aneca E. Lasley |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTIONS HEARING**
**Court in Session:     9:28 a.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding Plaintiff's Motion for Protective Order [filed March 28, 2007; doc. 14].

**ORDERED:   Plaintiff's Motion for Protective Order [filed March 28, 2007; doc. 14] is taken under advisement.**

HEARING CONCLUDED.

**Court in Recess**:     **10:17 a.m.**
Total In-Court Time:     00:49