IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00081-REB-CBS

ERICA HOFFMAN,
GARY HOFFMAN and
SANDRA HOFFMAN,
individually,

      Plaintiff,

v.

FORD MOTOR COMPANY,
a Delaware corporation, and
TRW AUTOMOTIVE SAFETY SYSTEMS, INC.,
a Delaware corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Ford Motor Company's Unopposed Motion for Extension of Time to Respond to Plaintiffs' First Set of Interrogatories, Requests for Production of Documents and Request for Admission to Defendant Ford Motor Company (*doc. no. 29)* is **GRANTED**. The deadline for Defendant Ford Motor Company to respond to plaintiffs' first set of discovery requests is extended to on or before **June 1, 2007**.

      IT IS FURTHER ORDERED that Defendant Ford Motor Company's Unopposed Motion to Be Excused From Hearing on May 31, 2007 Regarding Plaintiffs' Motion to Amend Their Complaint (*doc. no. 38)* is **GRANTED**.

**DATED:**    May 23, 2007