IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00081-REB-CBS

ERICA HOFFMAN,
GARY HOFFMAN and
SANDRA HOFFMAN,
individually,

      Plaintiff,

v.

FORD MOTOR COMPANY,
a Delaware corporation, and
TRW VEHICLE SAFETY SYSTEMS, INC.,
a foreign corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiffs' Unopposed Second Motion to Amend Complaint (*doc. no. 41)* is **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept for filing, Plaintiffs' Second Amended Complaint (*doc no. 41-3*) tendered to the court on May 24, 2007.

      IT IS FURTHER ORDERED that the case caption shall be amended to identify Defendant TRW as "TRW VEHICLE SAFETY SYSTEMS, INC., a foreign corporation."

      IT IS FURTHER ORDERED that Plaintiffs' Motion to Amend Complaint (*doc. no. 25)* is **DENIED**, **as withdrawn**.

      IT IS FURTHER ORDERED that the motion hearing set for **May 31, 2007, at 10:45 a.m.** remains set on the court's calendar.  Parties are advised that the court will address the First Motion for Protective Order (*doc. no. 14).*  Defendant Ford Motor Company's absence from participating in the hearing is no longer excused.  However, counsel for Defendant Ford Motor Company may participate by telephone, if necessary, after making arrangements with the court by contacting Yvonne Davis at 303.844.2117.

**DATED:** May 25, 2007