**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 07-cv-00081-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** May 31, 2007 | **Courtroom Deputy:** Ben Van Dyke |

ERIC HOFFMAN, *et al.*,                              W. Randolph Barnhart

    **Plaintiffs,**

v.

FORD MOTOR COMPANY,                         Chad D. Williams
a Delaware corporation, *et al.*,                   Edward C. Stewart, via telephone

    **Defendants.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in Session:** 10:43 a.m.
Court calls case. Appearances of counsel.

Counsel provide further arguments regarding Plaintiffs' Motion for Protective Order [filed March 28, 2007; doc. 14].

**ORDERED:** Plaintiffs' Motion for Protective Order [filed March 28, 2007; doc. 14] is granted for the reasons stated on the record. Counsel shall submit an amended protective order incorporating the provisions outlined by the Court by the close of business on June 8, 2007. Plaintiffs' counsel may disseminate confidential materials to third parties involved in litigation with the same buckle that is at issue in this litigation. This dissemination is subject to plaintiffs' counsel providing ten (10) days notice to Ford and TRW of any dissemination, plaintiffs' counsel attaining signed protective orders from the third parties, and the third parties returning all materials produced by Ford or TRW at the conclusion of their litigation.

HEARING CONCLUDED.

**Court in Recess:** 11:32 a.m.
Total In-Court Time: 00:49