**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00081-REB-CBS

ERICA HOFFMAN,
GARY HOFFMAN, and
SANDRA HOFFMAN, individually,

    Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation, and
TRW AUTOMOTIVE SAFETY SYSTEMS, INC., a Delaware corporation,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the **Joint Motion To Vacate May 5, 2008, Trial Date** [#88], filed January 10, 2008. The motion is **GRANTED**. The Trial Preparation Conference set for April 18, 2008, and the jury trial set to commence May 5, 2008, are **VACATED**. On **February 4, 2008**, at 10:30 a.m., the court shall conduct a telephonic conference call in order to reset this matter for a trial preparation conference and a jury trial. Counsel for the plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: January 23, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.