## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-00081-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: September 24, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| ERIC HOFFMAN, *et al.*, | W. Randolph Barnhart |
| **Plaintiffs,** | |
| v. | |
| FORD MOTOR COMPANY, | Edward C. Stewart |
| a Delaware corporation, *et al.*, | Chad Williams |
| | Sara Bellamy |
| **Defendants.** | Bryan D. Cross |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 1:33 p.m.
Court calls case. Appearances of counsel.

Counsel present arguments regarding Defendant Ford Motor Company's Motion for Protective Order [filed August 4, 2008; doc. 104], and the court discusses the motion with counsel.

**ORDERED:** Defendant Ford Motor Company's Motion for Protective Order [filed August 4, 2008; doc. 104] is denied for the reasons stated on the record. The Rule 30(b)(6) deposition of a Ford representative shall go forward limited to how the list of claims and lawsuits produced to plaintiffs' counsel in discovery "was prepared." Ford is not precluded from asserting any proper objections, and the court makes no rulings on the ultimate admissibility of any information from the deposition.

Counsel present arguments regarding Defendant Ford Motor Company's Motion to Compel [filed August 6, 2008; doc. 110], and the court discusses the motion with counsel. After reviewing page ten of Plaintiff Ford Motor Company's Reply in Support of its Motion to Compel (*doc. 126*), the court confirms with counsel that the only remaining issues pertaining to the motion to compel are requests for production numbers 1 - 3, and counsel indicate in the affirmative.

**ORDERED:** Defendant Ford Motor Company's Motion to Compel [filed August 6, 2008; doc. 110] is granted, as limited on the record, for the reasons stated on the record. No fees or costs shall be awarded. The court states that counsel should proceed in the following manner, and counsel indicate on the record that they agree to the proposed procedure:

1) Counsel shall conduct a conference call with the service providers to determine to what extent electronically stored materials can be searched.

2) Counsel for Ford shall then draft releases consistent with this information.

3) All electronic materials shall be provided to plaintiffs' counsel for review. Once the electronic information has been produced, counsel shall conduct a conference call with the court to set a proper time frame for the review. Prior to this conference, counsel should draft a proper protective order, as discussed on the record. The protective order shall be entered prior to the production of the documents to defendants.

4) Plaintiffs' counsel shall remove irrelevant electronic materials and create a privilege log for any relevant documents that plaintiffs' counsel believes should not be produced based on an assertion of privilege. (Relevant documents will reference facts of the accident and/or any mental/emotional/physical injuries related to the accident.)

HEARING CONCLUDED.

**Court in recess:** 2:51 p.m.
Total time in court: 01:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.