**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00081-REB-CBS

ERICA HOFFMAN,
GARY HOFFMAN, and
SANDRA HOFFMAN, individually,

    Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation, and
TRW AUTOMOTIVE SAFETY SYSTEMS, INC., a Delaware corporation,

    Defendants.

**MINUTE ORDER**[1]

    The matter comes before the court on the **Unopposed Joint Motion to Set Deadline for Motions Raising Issues Under Fed.R.Evid. 702** [#150] filed November 17, 2008. The motion is **GRANTED**. All motions raising issued under Fed.R.Evid. 702 shall be filed on or before **December 1, 2008**.

    Dated: November 18, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.