**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00081-REB-CBS

ERICA HOFFMAN, GARY HOFFMAN, and SANDRA HOFFMAN, individually,

    Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation, and
TRW VEHICLE SAFETY SYSTEMS, INC., a foreign corporation,

    Defendants.

## ORDER RE: PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

**Blackburn, J.**

    The matter before me is **Plaintiffs' Motion for Partial Summary Judgment** [#115], filed August 8, 2008. I have jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (diversity of citizenship). Having reviewed the arguments, authorities, and evidence presented by the parties, it is apparent that, apart from the arguments conceded by defendants not to be relevant to the issues to be determined by the jury, there exist genuine issues of material fact that are not appropriate for summary resolution.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiffs' Motion for Partial Summary Judgment** [#115], filed August 8, 2008, is **GRANTED IN PART** and **DENIED IN PART**:

        a. That the motion is **GRANTED** insofar as defendants may not present an affirmative defense of comparative negligence based on the assertions that the

driver's negligence, if any, is imputable to Erica Hoffman as a passenger in the vehicle or that Erica Hoffman had a duty to warn the driver of impending dangers or attempt to exercise control of the vehicle; and

      b.  That the motion is **DENIED** otherwise.

Dated December 2, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**