IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00081-REB-CBS

ERICA HOFFMAN,
GARY HOFFMAN and
SANDRA HOFFMAN,
individually,

    Plaintiffs,

v.

FORD MOTOR COMPANY,
a Delaware corporation, and
TRW VEHICLE SAFETY SYSTEMS, INC.,
a foreign corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiffs' Motion to Suspend all Pretrial Deadlines Pending Ruling on Plaintiffs' Motions for Sanctions (*doc. #186)* is DENIED. In light of the pending April 6th trial date, the court cannot suspend pretrial deadlines.

**DATED:**    January 15, 2009