IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 07-cv-00081-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:   February 6, 2009 | Courtroom Deputy: Ginny Kramer |

*Parties:*

ERICA HOFFMAN, et al.,

      Plaintiffs,

.

FORD MOTOR COMPANY,
*a Delaware corporation,*
TRW VEHICLE SAFETY SYSTEMS, INC.,
*a foreign corporation,*

      Defendants.

*Counsel:*

W. Randolph Barnhart
Keith Frankl

Bryan Cross
Edward Stewart
Heather Hanneman
Chad Williams

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**

**Court in Session: 8:58 a.m.**

Court calls case.  Appearances of counsel.

On for hearing are the following pending motions:

    1.    Motion for Sanctions  [#145] filed October 31, 2008 .
    2.    Motion for Sanctions *Against Defendant Ford Motor Company* [#173] filed December 18, 2008.

Argument as to the Plaintiffs' Motion for Sanctions [#145] filed October 31, 2008 as to TRW.

Argument to the Court by Mr. Barnhart for the plaintiffs.

Argument to the Court by Ms. Hanneman for the defendant TRW.

Rebuttal argument by Mr. Barnhart.

Reply by Ms. Hanneman.

**11:06 a.m.     Court in recess**
**11:14 a.m.     Court in session.**

Argument as to the Plaintiff's Motion for Sanctions *Against Defendant Ford Motor Company.*

Argument by Mr. Stewart for the defendant Ford Motor Company.

Argument by Mr. Barnhart for the plaintiffs.

Rebuttal argument by Mr. Stewart.

Reply by Mr. Barnhart.

**It was ORDERED:**

    1.    That the plaintiffs' Motion for Sanctions [#145] filed October 31, 2008, is **taken under advisement.**

    2.    That the plaintiffs' Motion for Sanction *Against Defendant Ford Motor Company* [#173] filed December 18, 2008, is **taken under advisement.**

HEARING CONCLUDED.

**Court in recess**: **12:18 p.m.**
Total time in court:     04:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.