**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00081-REB-CBS

ERICA HOFFMAN,
GARY HOFFMAN, and
SANDRA HOFFMAN, individually,

    Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation, and
TRW AUTOMOTIVE SAFETY SYSTEMS, INC., a Delaware corporation,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on **Defendants' Withdrawal of Motion *In Limine* to Exclude Testimony of J. Kendall Few** [#211], filed February 23, 2009. The court has construed this pleading as a motion to withdraw the motion in limine, and the motion is **GRANTED. Defendants' Joint Motion *In Limine* to Exclude Testimony of J. Kendall Few** [#181], filed December 31, 2008, is **WITHDRAWN**.

    Dated: February 24, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.