# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-00081-REB-CBS

ERICA HOFFMAN,
GARY HOFFMAN, and
SANDRA HOFFMAN, individually,

    Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation, and
TRW AUTOMOTIVE SAFETY SYSTEMS, INC., a Delaware corporation,

    Defendants.

## ORDER GRANTING JOINT MOTION FOR JUROR QUESTIONNAIRE IN PART

**Blackburn, J.**

The matter before me is the **Joint Motion For Juror Questionnaire** [#200] filed February 6, 2009.[1] I grant the motion in part.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion For Juror Questionnaire** [#200] filed February 6, 2009, is granted in part;[2]

2. That the attached juror questionnaire and concomitant cover sheet are approved for use in the trial of this case;

3. That on or before Thursday, April 2, 2009, counsel for the parties shall provide

---

[1] The parties' proposed juror questionnaire is attached to the joint motion as Exhibit A, *see* [#200-2].

[2] The proposed juror questionnaire submitted by the parties, *see* [#200-2], has been revised by the court. It is the court's revised questionnaire, which is based largely on the parties' proposed questionnaire, that is approved by this order.

Joann Garcia, Jury Commissioner for the United States District Court for the District of Colorado, fifty (50) copies of the attached juror questionnaire and concomitant cover sheet;

    4. That a copy of the attached juror questionnaire and concomitant cover sheet shall be given to and completed by each prospective juror reporting for service in the trial of this case on Monday, April 6, 2009; and

    5. That once a prospective juror completes and executes a copy of the attached juror questionnaire, the prospective juror is excused until April 6, 2009, at 1:15 p.m. (MDT), when the prospective jury shall report for further jury duty to courtroom 1001 on the tenth floor of the courthouse.

    Dated March 10, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge