IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 07-cv-00081-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:  March 12, 2009 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| ERICA HOFFMAN, | W. Randolph Barnhart |
| GARY HOFFMAN, and | Keith Evan Frankl |
| SANDRA HOFFMAN, Individually, | |
| **Plaintiffs,** | |
| v. | |
| FORD MOTOR COMPANY, a Delaware corporation, | Edward Craig Stewart |
| and TRW VEHICLE SAFETY SYSTEMS, INC., | Chad D. Williams |
| a foreign corporation, | Aneca Lasley *(telephone)* |
| | C. Craig Woods *(telephone)* |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in Session:     1:32 p.m.**
Court calls case.  Appearances of counsel.

This hearing is called regarding Plaintiffs' Motions for Sanctions.

**ORDERED:  For reasons stated on the record, the Court enters the following ruling:**

    1.    Plaintiffs' Motion for Sanctions Against Defendant TRW  [Doc. # 145, filed 10/31/2008] is **DENIED**.

    2.    **Within 7 calendar days of today's date,**  Defendant TRW shall supplement its discovery responses as follows:

    A.  With respect to the deposition of Mr. Jenkins, to produce the measurements and Accelerometer data generated as part of the 208 Dolly Rollover Test conducted by Exponent/Failure Analysis and the Pretensioner testing referenced in Mr. Jenkins' deposition.
    B.  To produce any data or reports that document testing of end release buckles

> conducted by TRW and referred to in Mr. Miller's August 28, 2008 deposition.
> C. With respect to the Garza litigation, to produce any testing data or materials that has not already been produced.
> D. Any documentation in TRW's possession, custody, or control regarding seat belts and/or restraint systems, utilized in 1998, 1999, 2000, 2001, and 2002 model Ford Cougars manufactured in the United States and sold in Europe.

3. Plaintiffs' Motion for Sanctions Against Defendant Ford Motor Company [Doc. #173, filed 12/18/2008] is **DENIED.**

4. **On or before March 20, 2009,** Defendant Ford shall produce to Plaintiffs ECE Certification Submissions concerning seat belt buckles and/or passenger restraint devices installed in 1998, 1999, 2000, 2001, and 2002 model Ford Cougars manufactured in the United States and sold in Europe, as well as all supporting documentation and testing.

5. The Court will not award fees and costs to any prevailing party.

Court has offered to schedule a settlement conference prior to trial set for April 6, 2009.

HEARING CONCLUDED.

**Court in recess**: 3:06 p.m.
Total time in court: 01:34

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.