UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00081-REB-CBS

ERICA HOFFMAN, GARY HOFFMAN, and SANDRA HOFFMAN, individually,

Plaintiffs,
v.

FORD MOTOR COMPANY, a Delaware corporation;
TRW VEHICLE SAFETY SYSTEMS, INC., a foreign corporation,

Defendants.

### ORDER RE: PLAINTIFFS' MOTION FOR SECURITY EXEMPTIONS THROUGHOUT TRIAL

**Blackburn, J.**

The matter before me is **Plaintiffs' Motion For Security Exemptions Throughout Trial** [#257, filed March 31, 2009. After careful review of the motion, I conclude that the motion should be granted in part.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiffs' Motion For Security Exemptions Throughout Trial** [#257], filed March 31, 2009, is **GRANTED** in part;

2. That plaintiffs' counsel, Randy Barnhart, Angela Ekker, and Michael McNally, and their paralegal, Kini Spence, are permitted to bring their computers and cellular phones into the Alfred A. Arraj Courthouse for the duration of the jury trial now set to commence April 6, 2009, and to conclude on or about May 1, 2009;

3. That pursuant to D.C.COLO.LCivR 83.1B, plaintiffs' counsel, Randy Barnhart, Angela Ekker, and Michael, McNally, and their paralegal, Kini Spence,

shall not use in the Alfred A. Arraj Courthouse the audio, video, or photographic recording function of any such device in their possession; and

     4. That on presentation of a copy of this order to the court security officers responsible for security screening of individuals attempting to enter the Alfred A. Arraj Courthouse, plaintiffs' counsel and their paralegal shall be permitted to enter the courthouse with their computers and cellular phones as provided in this order.

     Dated April 1, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge