IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00081-REB-CBS

ERICA HOFFMAN,
GARY HOFFMAN, and
SANDRA HOFFMAN, individually,

    Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation, et al.,

    Defendants.

## SUPPLEMENTAL ORDER APPROVING
## REVISED JUROR QUESTIONNAIRE

**Blackburn, J.**

The matter comes before the court *sua sponte* to approve a revised juror questionnaire in this matter.

**THEREFORE, IT IS ORDERED** as follows:

1. That the attached revised juror questionnaire and concomitant cover sheet are approved for use in the trial of this case; and

2. That on or before the close of business on Friday, **April 3, 2009**, counsel for the parties shall provide Joann Garcia, Jury Commissioner for the United States District Court for the District of Colorado, fifty (50) copies of the attached revised juror questionnaire and concomitant cover sheet;

3. That a copy of the attached revised juror questionnaire and concomitant cover sheet shall be given to and completed by each prospective juror reporting for service in

the trial of this case on Monday, April 6, 2009;

     4. That once a prospective juror completes and executes a copy of the attached revised juror questionnaire, the prospective juror is excused until April 6, 2009, at 1:15 P.M. (MDT), when the prospective jury shall report for further duty to courtroom A1001 on the tenth floor of the courthouse; and

     5. That this order supplants and supersedes the **Order Granting Joint Motion For Juror Questionnaire** [#232] entered March 10, 2009.

     Dated April 2, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge