**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00081-REB-CBS

ERICA HOFFMAN,
GARY HOFFMAN, and
SANDRA HOFFMAN, individually,

    Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation, and
TRW VEHICLE SAFETY SYSTEMS, INC., a foreign corporation,

    Defendants.

**ORDER DISMISSING DEFENDANT
TRW VEHICLE SAFETY SYSTEMS, INC., ONLY**

**Blackburn, J.**

The matter before me is the **Stipulation for Dismissal With Prejudice (TRW Vehicle Safety Systems, Inc. Only)** [#292] filed May 14, 2009. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiffs' claims against defendant, TRW Vehicle Safety Systems, Inc., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice (TRW Vehicle Safety Systems, Inc. Only)** [#292] filed May 14, 2009, is **APPROVED**; and

2. That plaintiffs' claims against defendant, TRW Vehicle Safety Systems, Inc., are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 14, 2009, at Denver, Colorado.

                        BY THE COURT:

                        */s/ Bob Blackburn*
                        Robert E. Blackburn
                        United States District Judge