**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   07–cv–00081–REB–CBS

ERICA HOFFMAN,
GARY HOFFMAN, and
SANDRA HOFFMAN, individually,

     Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation,

     Defendant.

**ORDER DENYING WITHOUT PREJUDICE
MOTION TO ALTER OR AMEND THE JUDGMENT**

**Blackburn, J.**

The matter before me is **Plaintiffs' Motion To Alter or Amend the Judgment Pursuant to Fed.R.Civ.P. 52(b) and 59(e) To Increase Erica Hoffman's Award for Non-Economic Loss Under C.R.S. § 13-21-102.5(3)(a) and To Amend the Judgment To Include Prejudgment and Post-Judgment Interest** [#311] filed October 30, 2009.  Despite the premise of the motion, judgment has not yet been entered in this matter.  Thus, the motion is premature, and I deny it without prejudice.

**THEREFORE, IT IS ORDERED** that **Plaintiffs' Motion To Alter or Amend the Judgment Pursuant to Fed.R.Civ.P. 52(b) and 59(e) To Increase Erica Hoffman's Award for Non-Economic Loss Under C.R.S. § 13-21-102.5(3)(a) and To Amend the Judgment To Include Prejudgment and Post-Judgment Interest** [#311] filed October 30, 2009, is **DENIED WITHOUT PREJUDICE** as premature.

Dated November 24, 2009, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge