**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   07–cv–00081–REB–CBS

ERICA HOFFMAN,
GARY HOFFMAN, and
SANDRA HOFFMAN, individually,

     Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation,

     Defendant.

## ORDER DIRECTING SUBMISSION OF PROPOSED JUDGMENT

**Blackburn, J.**

     This matter is before me *sua sponte*.  On April 28, 2009, the jury entered a verdict in favor of plaintiffs in this matter and apportioned fault to defendant of twenty-five percent (25%).  On October 20, 2009, I denied defendant's motion for judgment as a matter of law [#310].[1]  I enter this order to establish procedures for the parties to submit their proposed forms of judgment in this matter.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That plaintiffs **SHALL FILE** their proposed form of judgment and a concomitant brief in support thereof by **Friday, December 4, 2009**; and

     2. That the time for filing of defendant's response and any counter proposed form of judgment and a concomitant brief in support thereof, as well as for plaintiffs' reply, **SHALL BE** as prescribed by D.C.COLO.LCivR 7.1C.

---

[1] The title of the order mistakenly refers to the entry of judgment.  No judgment has yet been entered in this matter.

Dated November 24, 2009, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge