**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  07–cv–00081–REB–CBS

ERICA HOFFMAN,
GARY HOFFMAN, and
SANDRA HOFFMAN, individually,

     Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation,

     Defendant.

---

**ORDER GRANTING FORD MOTOR COMPANY'S MOTION TO STAY EXECUTION
OF JUDGMENT PENDING APPEAL AND TENDER OF SUPERSEDEAS BOND**

---

**Blackburn, J.**

     The matter before me is **Ford Motor Company's Motion For Stay of Execution** [#355] filed April 6, 2010.  After reviewing the motion and the file, I conclude that the motion should be granted and that the tendered supersedeas bond should be approved.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That  **Ford Motor Company's Motion For Stay of Execution** [#355] filed April 6, 2010, is **GRANTED**;

     2.  That the court's judgment [#348] entered March 8, 2010, awarding plaintiffs money damages, interest, and costs, **SHALL BE STAYED** during the pendency of appellate proceedings and pending further order; and

     3.  That the court **ACCEPTS** and **APPROVES** defendant's supersedeas bond in

the amount of $6,500,000.00 as adequate security for the judgment of March 4, 2010.

Dated April 12, 2010, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge
