IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07–cv–00081–REB–CBS

ERICA HOFFMAN,
GARY HOFFMAN, and
SANDRA HOFFMAN, individually,

    Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation,

    Defendant.

## ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER GRANTING FORD MOTOR COMPANY'S MOTION TO STAY EXECUTION AND APPROVING DEFENDANT FORD MOTOR COMPANY'S *SUPERSEDEAS* BOND

**Blackburn, J.**

The matter before me is **Plaintiffs' Motion for Reconsideration of Order Granting Ford Motor Company's Motion To Stay of Execution and Approving Defendant Ford Motor Company's *Supersedeas* Bond** [#361], filed April 12, 2010. I deny the motion.

"Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice. Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law." ***Servants of the Paraclete v. Does***, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted). None of these conditions is met here. The additional

information provided in the instant motion regarding *why* plaintiffs objected to defendants' original motion to stay does not convince me that the original order approving the *supersedeas* bond was erroneous. The present bond adequately protects plaintiffs' rights in the judgment, and no further assurances are required by law.

**THEREFORE, IT IS ORDERED** that **Plaintiffs' Motion for Reconsideration of Order Granting Ford Motor Company's Motion To Stay of Execution and Approving Defendant Ford Motor Company's *Supersedeas* Bond** [#361], filed April 12, 2010, is **DENIED**.

Dated May 13, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge