**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  07-cv-00081-REB-CBS

ERICA HOFFMAN,
GARY HOFFMAN, and
SANDRA HOFFMAN, individually,

    Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation,

    Defendant.

## ORDERS ON REMAND

**Blackburn, J.**

    Pursuant to the Mandate [#368] issued by the Tenth Circuit Court of Appeals on October 29, 2012,

    **IT IS ORDERED** as follows:

    1.  That the **Judgment** [#348] entered March 8, 2010, is **VACATED**;

    2.  That the **Bill of Costs** [#351] entered March 24, 2010, is **VACATED**;

    3.  That judgment **SHALL BE ENTERED** for the defendant Ford Motor Company, a Delaware corporation, against the plaintiffs Erica Hoffman, Gary Hoffman, and Sandra Hoffman; and

    4.  That the defendant is **AWARDED** its costs, which shall be taxed in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated November 8, 2012, at Denver, Colorado

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge