**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00081-REB-CBS

ERICA HOFFMAN,
GARY HOFFMAN, and
SANDRA HOFFMAN, individually,

    Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation,

    Defendant.

---

**FINAL JUDGMENT**

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Orders on Remand** [#369] entered by Judge Robert E. Blackburn on November 8, 2012, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Judgment** [#348] entered March 8, 2010, is **VACATED**;

2. That the **Bill of Costs** [#351] entered March 24, 2010, is **VACATED**;

3. That **JUDGMENT IS ENTERED** for the defendant Ford Motor Company, a Delaware corporation, against the plaintiffs Erica Hoffman, Gary Hoffman, and Sandra Hoffman; and

4. That the defendant is **AWARDED** its costs, which shall be taxed in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 15th day of November, 2012.

                        FOR THE COURT:

                        JEFFREY P. COLWELL, CLERK

                        By: <u>s/Edward P. Butler</u>
                              Edward P. Butler
                              Deputy Clerk